IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID COOPER,

   Petitioner,

  v.

BRIAN DUFFY, Warden,

   Respondent.
_____/

No. C-14-4385 TEH (PR)

ORDER OF TRANSFER

  This federal habeas action, in which Petitioner challenges convictions he suffered in the Kern County Superior Court, is **TRANSFERRED** to the Eastern District of California, as that is the district of conviction.  See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).

  The Clerk shall transfer this matter and terminate all pending motions as moot.

  IT IS SO ORDERED.

DATED  *October 8, 2014*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.14\Cooper 14-4385 Transfer.wpd